In the Matter of Jules J. Janover, an Attorney, Respondent.

Disciplinary proceedings instituted by the Association of the Bar of the City of New York.

Per Curiam: Charges of professional misconduct have been filed against respondent and he has filed his answer with voluminous affidavits. Upon careful consideration we think that upon the conceded facts respondent has not been guilty of such professional wrongdoing as to call for disciplinary proceedings and that no reference is required. By his own admissions respondent was negligent in caring for the interests of his client and such negligence was the cause of trouble and expense to said client and brought about the institution of this proceeding. But there was no element of deceit or fraud or such conduct as to affect respondent's character. With this expression of our views the proceeding will be dismissed. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.    Proceeding dismissed. Order to be settled on notice.

---

In the Matter of Herbert Reeves, an Attorney, Respondent.

Disciplinary proceeding instituted by the Association of the Bar of the City of New York.

Per Curiam: The petition shows that respondent was admitted to practice as an attorney and counselor at law at a General Term of the Supreme Court held in the city of Poughkeepsie, county of Dutchess, State of New York, in May, 1892. A duly certified extract from the minutes of the County Court held in and for the county of Kings on the 26th of March, 1917, shows that to an indictment for grand larceny in the first degree respondent pleaded guilty. Said crime for which he was so convicted being a felony, respondent is disbarred. Present — Clarke, P. J., Laughlin, Scott, Davis and Shearn, JJ. Respondent disbarred. Order to be settled on notice.

---

In the Matter of Thomas J. O'Neill, an Attorney, Respondent.

Disciplinary proceedings instituted by the Association of the Bar of the City of New York.

Per Curiam: Coincident with a motion made herein upon the report of the official referee, the respondent submitted herein certain affidavits including one by Charles J. Fox, undertaking to recant in certain material matters testimony heretofore given by him before the official referee. These affidavits were met by answering affidavits submitted by the petitioner. We are of the opinion that the reference should be opened and the matter remitted to the learned official referee for the consideration of said moving and answering affidavits and for the taking of such further evidence as may be presented, with instructions to report thereon. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ. Reference opened and matter remitted to official referee as stated in opinion. Order to be settled on notice.